**ST. Joseph's | Candler**
www.sjchs.org

*COMPLETE + RETURN TO HR*

RECEIVED
MAY 0 1 2014

## Leave of Absence Request Form

### STEP 1. EMPLOYEE REQUEST

Name: LAKESHA SMITH
Department: SSGN
Requested Effective Date: 3/28/14 – 4/14/14
                          4/15/14 → ?
Address: ___

Employee #: 10994
Supervisor/Director: L. CRAFT
Expected Date of Return: ___

☐ FT
☒ PTB
☐ PTR
☐ PTC

### REASON FOR REQUEST

☐ Employee illness/injury preventing functions of normal duties. Please describe condition below:

_____

☒ Work related injury
☐ To Care for   ☐ Spouse   ☐ Child   ☐ Parent   with a serious health condition. Please describe below:

_____

☐ Birth of child
☐ Placement of child for adoption or foster care

If reason checked above and you have worked a minimum of 1250 hours and 12 continuous months, you qualify for leave under the Family & Medical Leave Act of 1993. Please see reverse side for your rights under the Family & Medical Leave Act of 1993.

### Other Reason for Request

☐ Personal ___
☐ Military
☐ Education

Employee Signature: *Lakesha Smith*            Date: 4/28/14
Supervisor/Director Signature: *Leigh Craft*   Date: 4/30/14

### STEP 2.  DISTRIBUTE WHITE COPY TO EMPLOYEE AND FORWARD YELLOW COPY TO HUMAN RESOURCES

### STEP 3.  RETURN TO WORK

**Managers — Complete change request at the time the employee goes out on leave. At the time the emloyee returns to work submit another change request with supporting documentation.**



AD 20034 (12/03)        White Copy to Employee • Y[ellow Copy to HR • Pink] Copy to Supervisor/Director