**St. Joseph's/Candler**
www.sjchs.org

*COMPLETE RETURNED TO HR* RECEIVED MAY 19 2014

RECEIVED MAY 20 2014

# Leave of Absence Request Form

## STEP 1. EMPLOYEE REQUEST

Name: LAKESHA SMITH
Department: SJ/6N
Requested Effective Date: 5/2/14
Address: _____

Employee #: 10994
Supervisor/Director: L. CRAFT
Expected Date of Return: up 6/19/14

☐ FT
☒ PTB
☐ PTR
☐ PTC

(8?)

## REASON FOR REQUEST

☒ Employee illness/injury preventing functions of normal duties. Please describe condition below:
_____

☐ Work related injury

☐ To Care for  ☐ Spouse  ☐ Child  ☐ Parent  with a serious health condition. Please describe below:
_____

☐ Birth of child

☐ Placement of child for adoption or foster care

If reason checked above and you have worked a minimum of 1250 hours and 12 continuous months, you qualify for leave under the Family & Medical Leave Act of 1993. Please see reverse side for your rights under the Family & Medical Leave Act of 1993. **240 FMLA HOURS AVAILABLE**

## Other Reason for Request

☐ Personal _____
☐ Military
☐ Education

Employee Signature: Lakesha Smith    Date: 5/19/14
Supervisor/Director Signature: Dough Craft RN    Date: 5/20/14

## STEP 2.  DISTRIBUTE WHITE COPY TO EMPLOYEE AND FORWARD YELLOW COPY TO HUMAN RESOURCES

## STEP 3.  RETURN TO WORK

**Managers — Complete change request at the time the employee goes out on leave. At the time the emloyee returns to work submit another change request with supporting documentation.**



Exhibit B

AD 20034 (12/03)    White Copy to Employee    Pink Copy to Supervisor/Director