**SAVANNAH NEUROLOGY SPECIALISTS**

 RECEIVED

JUN 2 7 2014

06/27/2014
Lakesha Smith
2210 E 40th St

Savannah, GA 31404

Dear Lakesha Smith

## CERTIFICATE TO RETURN TO WORK OR SCHOOL

Lakesha Smith was evaluated in our office. She has been prescribed physical therapy and will need to be out of work until 7-25-14 at which time she will schedule appointment with Dr Schere to be re-evaluated. Please don't hesitate to contact the office at 912-354-7676 with any questions.



THANK YOU,



Exhibit
C

WWW.SAVANNAHNEUROLOGYSPECIALISTS.COM
6602 WATERS AVENUE BLDG. C SAVANNAH, GA 31406 (912) 354.7676 F (912) 354.2181