
St. Joseph's/Candler
Live smart.

July 11, 2014

Lakesha Smith

2210 East 40th Street

Savannah, GA 31404

Dear Lakesha:

Per our conversation on Thursday 7/3/14, your position with St. Joseph's Candler Health System has been terminated effective immediately. You have not worked since 3/22/14. This letter serves as written, official notice that your employment at St. Joseph's/Candler Health System has been terminated.

If you have any questions you can contact me at 819-2233.

Respectfully,

Leigh Craft

Nurse Manager

Exhibit D

St. Joseph's Hospital
11705 Mercy Boulevard
Savannah, Georgia 31419
(912) 819-4100

Candler Hospital
5353 Reynolds Street
Savannah, Georgia 31405
(912) 819-6000

Candler Hospital • Georgia Infirmary • St. Joseph's Hospital • Mary Telfair Hospital for Women

St. Joseph's/Candler is the recipient of the National Magnet Award for Nursing Excellence.
www.sjchs.org