Exhibit E

State of Georgia
Department of Labor

**SEPARATION NOTICE**

1. Employee's Name _LaKesha Smith_         2. S. S. No. _~~255 31 3405~~_

    a. State any other name(s) under which employee worked.

3. Period of Last Employment: From _10·12·1998_   To _07·12·2014_

4. REASON FOR SEPARATION:

    a. LACK OF WORK ☐

    b. If for other than lack of work, state fully and clearly the circumstances of the separation: _____

    _Involuntary Separation_

5. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.) (DO NOT include vacation pay or earned wages)

    _____ in the amount of $_____ for period from _____ to _____
    (type of payment)

    Date above payment(s) was/will be issued to employee _____

    IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.

    _____ per month _____ % of contributions paid by employer

6. Did this employee earn at least $3,500.00 in your employ?   YES ☑   NO ☐   If NO, how much? $ _____

Employer's Name _St. Joseph's/Candler Health System_

Address _11705 Mercy Boulevard_
(Street or RFD)

City _Savannah,_   State _GA_   ZIP Code _31419_

Employer's Telephone No. _912_   _819-2442_
(Area Code)   (Number)

Average Weekly Wage _____

Ga. D. O. L. Account Number _100195·07_
(Number shown on Employer's Quarterly Tax and Wage Report, Form DOL-4.)

I CERTIFY that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

_Tammy Aveille_
Signature of Official, Employee of the Employer or authorized agent for the employer

_Mgr, Employee Relations_
Title of Person Signing

_7-18-14_
Date Completed and Released to Employee

**NOTICE TO EMPLOYER**

At the time of separation, you are required by the Employment Security Law, OCGA Section 34-8-190(c), to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for the same information on a DOL-1199FF, you may attach a copy of this form (DOL-800) as a part of your response.

**NOTICE TO EMPLOYEE**

OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR FIELD SERVICE OFFICE IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

DOL-800 (R-8/02)