UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **Lakesha Smith** | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Case No. 4:17-cv-00116-WTM-GRS |
| **St. Joseph's/Candler Health System, Inc.** | ) ) ) |
| *Defendant.* | ) ) |

## Notice of Appearance of Counsel

Notice is hereby given of the entry of the undersigned counsel for Defendant in the above-styled matter. Pursuant to Fed. R. Civ. P. 5, all further notices and copies of pleadings, papers and other materials relevant to this action should be directed to and served upon:

>R. Jason D'Cruz
>Georgia Bar No. 004740
>rjd@mmmlaw.com
>
>MORRIS, MANNING & MARTIN, LLP
>1600 Atlanta Financial Center
>3343 Peachtree Road NE
>Atlanta, Georgia 30326
>Tel: (404) 504-7799
>Fax: (404) 365-9532
>
>*Attorneys for St. Joseph's/Candler Health System, Inc.*

Respectfully submitted, this 23rd day of October, 2017.

**MORRIS, MANNING & MARTIN, LLP**
*Attorneys for St. Joseph's/Candler Health System, Inc.*

*s/ R. Jason D'Cruz*
**R. Jason D'Cruz**
Georgia Bar No. 004740

1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, Georgia 30326
Tel: (404) 504-7799
Fax: (404) 365-9532
rjd@mmmlaw.com

## Certificate of Service

I hereby certify that I have this 23rd day of October, 2017, served a copy of the foregoing **Notice of Appearance of Counsel** by filing a copy via CM/ECF and by mailing a copy, proper postage prepaid, to the address below:

>Lakesha Smith
>2609 Evergreen Ave
>Savannah, GA 31404
>
>*Plaintiff*

>**MORRIS, MANNING & MARTIN, LLP**
>*Attorneys for St. Joseph's/Candler Health System, Inc.*
>
>*s/ R. Jason D'Cruz*
>**R. Jason D'Cruz**
>Georgia Bar No. 004740