FILED
U.S. DISTRICT COU..
SAVANNAH DIV.

2018 MAY 22 AM 11: 2..

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LAKESHA SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ST. JOSEPH'S CANDLER HEALTH )<br>SYSTEM, INC., )<br>)<br>Defendant. )<br>) | CASE NO. CV417-116 |

## O R D E R

Before the Court is Plaintiff's Motion for Reconsideration (Doc. 30) and Motion for Leave to Appeal In Forma Pauperis (Doc. 34). First, the Court sees no reason to disturb its prior ruling. Accordingly, Plaintiff's Motion for Reconsideration (Doc. 30) is **DENIED**. Second, "an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). After a careful review of the record in this case, the Court finds that this appeal is frivolous and not taken in good faith. Accordingly, Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. 34) is **DENIED**.

SO ORDERED this 22ND day of May 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA